|  | * | IN THE |
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF JOHN ANTHONY MOODY TO THE BAR OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
|  | * | AG No. 45 |
|  | * | September Term, 2023 |
|  | * |  |

**ORDER**

Upon consideration of attorney John Anthony Moody's petition for reinstatement to the Bar of Maryland and Bar Counsel's consent to that relief, it is this 22nd day of April 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that John Anthony Moody is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name John Anthony Moody upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice